**United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001**

Nancy Mayer-Whittington
Clerk

February 5, 2007

E-filing

PJH

C 07 - 0901

ORIGINAL FILED
FEB 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Office
United States District Court for
The Northern District of California
Att: Rufino Santos
450 Golden Gate Avenue
P. O. Box 36060
San Francisco, CA 94102

RE:   Rush v. Micron Technology
      DC Case Number 05-1578
      MDL Case Number 02-1486 PJH

Dear Clerk:

On February 5, 2007, upon receipt of the transfer letter from the U. S. District Court for the Northern District of California, we are transferring the above-entitled case to your Court..

Enclosed is a certified copy of the docket sheet and original record.

Please acknowledge receipt of our file by signing and returning the enclosed copy of this letter, and also please indicate your case number somewhere in the letter.

NANCY MAYER-WHITTINGTON,  Clerk

By: *Laura Chipley*
Laura Chipley, Deputy Clerk

Enclosure(s)